UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

| | |
|---|---|
| JOSEPH VASPASIANO, | CIVIL ACTION |
| Plaintiff | NO. |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, | |
| Defendant | |

_____X

## COMPLAINT

### NATURE OF ACTION

1. The plaintiff brings this action against the defendant for injuries suffered by him while in the employ of the defendant Railroad.

### JURISDICTION

2. This Court has subject matter jurisdiction in this case pursuant to the Federal Employers' Liability Act, 45 U.S.C. § 51 *et seq*. Venue properly lies in this Court pursuant to 45 U.S.C. § 56.

### PARTIES

3. The plaintiff is domiciled in New Haven, Connecticut.

4. The defendant, Metro-North Railroad Company, is a railroad corporation duly established by law, and having a usual place of business in New York, New York.

## **FACTS**

5. During all times herein mentioned, the defendant was a common carrier engaged in the business of interstate commerce, and as such, operated a railroad in such business between New York, New York, and New Haven, Connecticut.

6. At the time the plaintiff received the injuries complained of, he was employed by the defendant Railroad as a Trackman at or about Westport, Connecticut.

7. At the time the plaintiff received the injuries complained of, the defendant Railroad was engaged in interstate commerce and the plaintiff was employed in furtherance of said commerce.

8. On or about March 6, 2018, the plaintiff was engaged in his duties as a Trackman at or about the Saugatuck River Bridge in Westport, Connecticut, which bridge, track, ties, spikes, guard rails, rails, joint bars, and all other equipment and appliances appurtenant thereto were owned and/or operated and/or controlled and/or maintained by the defendant corporation.

9. At or about 2:20 p.m. on or about March 6, 2018, the plaintiff was standing in the gauge of Track 2 and moved toward the next spike that needed to be tapped and in the process of stepping with his right foot over the approximate 10 to 14 inch open spaces between railroad ties approximately sixty feet above water, he lost his balance and to avoid having his right leg fall between the ties, he bent his right leg and the top of his knee slammed onto the edge of a tie.

10. The defendant Railroad was responsible for providing the plaintiff with a safe place to work.

11. The defendant Railroad, its agents, servants, and employees were negligent in one or more of the following ways:

(a) it failed to provide temporary and/or permanent plastic or steel grating, or plywood, or another type of flat surface to put in the gauge of the rail for the work crew and plaintiff to safely stand on and walk over while installing guard rails and/or working on the bridge;

(b) it failed to instruct and/or train the plaintiff and/or his co-workers to install plastic or steel grating, plywood, or another type of flat surface in the gauge of the rail for the work crew and plaintiff to safely stand on and walk over while installing guard rails and/or working on the bridge; and/or

(c) it failed to create and/or follow safe policies, procedures or guidelines for installing guard rails on bridges; and/or

(d) it failed to create and/or follow safe policies, procedures or guidelines for working on bridges; and/or

(e) it failed to properly train and/or instruct and/or supervise the plaintiff; and/or

(f) it failed to enforce its own safety rules, and/or regulations, and/or procedures; and/or

(g) it failed to act in a reasonably prudent manner under the facts and circumstances surrounding the event; and/or

(h) it failed to provide the plaintiff with a reasonably safe place to work.

11. As a result of the negligence of the defendant Railroad, its agents, servants, or employees, the plaintiff suffered severe, painful and permanent injuries to his right knee

and had to undergo knee surgery on or about May 8, 2018, and is expected to undergo a second knee surgery.

12. As a result of the negligence of the defendant Railroad, its agents, servants, or employees failed to use reasonable care to provide the plaintiff with a safe place in which to work, the plaintiff was injured.

13. As a result of the said injuries the plaintiff incurred medical expenses, has suffered and will suffer lost wages and benefits, has suffered physical pain and mental anguish and will continue to suffer in the future, has permanent scarring and disfigurement and has an impairment to his future earning capacity and diminished economic horizons.

WHEREFORE, in order to fairly and justly compensate the negligently injured plaintiff and thereby promote safe operating conditions on the defendant Railroad, the plaintiff demands a judgment for monetary damages against the defendant Railroad in addition to any further relief the Court deems just and equitable.

PLAINTIFF DEMANDS TRIAL BY JURY.

By his attorneys,

By_____
Scott E. Perry (ct17326)
CAHILL & PERRY, P.C.
43 Trumbull Street
New Haven, Connecticut 06510
Telephone: (203) 777-1000
Fax: (203) 865-5904
scott@trainlaw.com

4