UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VASPASIANO,<br>Plaintiff,<br><br>v.<br><br>METRO-NORTH RAILROAD<br>COMPANY,<br>Defendant. | :<br>:<br>:<br>:  3:19-CV-00675(OAW)<br>:<br>:<br>:<br>:<br>:<br>: |

## JUDGMENT

This action having come before the Court on defendant's Motion for Summary Judgment before the Honorable Omar A. Williams, United States District Judge; and, the Court having considered the full record of the case including applicable principles of law, and having filed its Ruling granting the defendant's motion on October 28, 2022; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant, and this case is closed.

Dated at Hartford, Connecticut, this 4th day November, 2022.

DINAH MILTON KINNEY, CLERK

BY:  /s/ F. Velez
       Frances Velez, Deputy Clerk

EOD: 11/4/2022